IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA J. REED, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3132 |
| | ) | |
| v. | ) | |
| | ) | |
| KUCERA PAINTING, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to August 19, 2008.

DATED this 12th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge