IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA J. REED, | ) | 4:08CV3132 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KUCERA PAINTING, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 34) is granted, as follows:

    Plaintiff shall have until April 1, 2009, to respond to Defendant's motion for summary judgment (filing 31).

March 16, 2009.　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　United States District Judge