IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA J. REED, | ) | 4:08CV3132 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KUCERA PAINTING, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that filing 42, the parties' joint motion to seal all evidence related to the defendant's motion for summary judgment, is granted in part and denied in part, as follows:

1. The clerk of the court shall seal filings 33, 36, and 40 in accordance with NECivR 5.0.3(c).

2. The parties shall have 10 days from today's date to file redacted copies of the aforesaid evidentiary filings in accordance with NECivR 5.0.3(a) and (b). Absent compliance with this order, the filings may be unsealed by the court.

3. In all other respects, the motion is denied.

April 13, 2009.                BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge