IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAMELA J. REED, ) | |
| ) | |
| Plaintiff, ) | 4:08CV3132 |
| ) | |
| v. ) | |
| ) | |
| KUCERA PAINTING, ) | ORDER |
| ) | |
| Defendant. ) | |

IT IS ORDERED:

Plaintiff's motion to amend, filing no. 50, is granted and the second amended complaint shall be filed forthwith.

DATED this 15th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge